ACCEPTED
14-14-00937-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 3:02:49 PM
CHRISTOPHER PRINE
CLERK

Cause No. 14-14-00937-CR

IN THE COURT OF APPEALS
FOR THE
FOURTEENTH JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 3:02:49 PM
CHRISTOPHER A. PRINE
Clerk

CHRISTOPHER REDMOND,
Appellant

v.

THE STATE OF TEXAS,
Appellee.

Appeal from Cause No. 1422890
In the 262nd District Court of
Harris County, Texas

_____

APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF

_____

TO THE HONORABLE JUSTICES OF THE FOURTEENTH DISTRICT COURT OF APPEALS:

Appellant, **CHRISTOPHER REDMOND**, by and through his Counsel of Record, **CARMEN ROE**, files this Motion to Extend Time to File Reply Brief For Appellant and in support shows this Court the following:

## I.

On October 14, 2014 Appellant was convicted in the 262nd District Court of Harris County, Texas, in Cause No. 1422890, for the offense of unlawful carrying of a weapon. Punishment was assessed at three (3) years in the Texas Department of Criminal Justice Institutional Division.

## II.

Appellant's brief was filed on June 25, 2015 and the State's Brief was filed on August 11, 2015. Appellant's reply brief is currently due on August 31, 2015. This case is set for submission without oral argument on October 27, 2015.

## III.

Counsel requests an extension of twenty (20) days, until September 21, 2015 to file its reply brief. Counsel has been unable to discuss fully the filing of any reply with Appellant, and therefore, for this reason, and not for the purpose of delay, Counsel requests this Court grant the motion for extension of time.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court extend time to file Appellant's reply brief until September 21, 2015.

**RESPECTFULLY SUBMITTED,**

*/s/ Carmen Roe*

_____

**CARMEN ROE**
**CARMEN ROE LAW FIRM**
SBN: 24048773
440 Louisiana, Suite 900
Houston, Texas 77002
713.236.7755 Phone
713.236.7756 Fax
carmen@carmenroe.com
**ATTORNEY FOR APPELLANT**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing was served to the

Harris County District Attorney, Appellate Division, 1201 Franklin Street, Houston,

Texas 77002, on August 31, 2015.

*/s/ Carmen Roe*

_____

**CARMEN ROE**